| PROB 22 (Rev. 2/88) | DOCKET NO. (Trans Court) 3:17CR00403-001-MO |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NO. (Rec. Court) 20-cr-00270-WJM |

| NAME OF PROBATIONER/SUPERVISED RELEASEE<br><br>ADRIAN ZELSKI | DISTRICT<br>Oregon | DIVISION<br>Portland |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Michael W. Mosman | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>8/7/20 | TO<br>8/6/23 |

OFFENSE

CONSPIRACY TO COMMIT THE LAUNDERING OF MONETARY INSTRUMENTS; 18 USC § 1956(h)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 8/21/2020 | *Michael W. Mosman* |
|---|---|
| Effective Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT COLORADO

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 9/1/2020 | *[signature]* |
|---|---|
| Effective Date | United States District Judge |