**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 20 2022

JEFFREY P. COLWELL
CLERK

The Honorable William J. Martinez
901 19th Street Denver, CO 80294
October 4, 2022

Your Honor,

My name is Adrian Zelski and I am requesting early release from my sentencing in Case # 20-cr-00270-WJM. I have the support of my supervising officer, Chris Woodiel of Denver CO and I continue to meet all the sentencing conditions. I have been reduced to LSR this year and have continued to be in good standing the entire time. My case was located in Oregon and was moved to your office in September of 2020 based on my work and residence.

It has been 6 years and 5 months since my arrest and 26 months since my sentencing of 3 years supervised release. Between the time of my arrest in 2016, my guilty plea conviction in 2017, and my sentencing in 2020, I have spent my time working hard to redirect my life path, pay my restitution in full and all associated legal fees, as well as make amends with all the people and the community that I hurt by my actions. It has been a long, hard and humbling road that in my late 40's has shown me that I have one life and want to make it a meaningful one. Through all of this I am thankful for the lessons and new life I have following the conviction I received. It has taught me that life is not about material gains and trying to live an egoic based life. It is more about how you feel deep down inside and what you can offer to this world while you are alive. Today I know and understand how and why I am here and the reasons behind the journey I had to take. I have no ill will against anyone and can say that I was very much treated fairly in my judgment. I truly feel blessed.

After my arrest I completely let go of my involvement in the music industry and the life that was associated with my crimes. I gave up ownership in the music venues, band management and festivals that I had been involved in. It was an extremely stressful career that did not have financial stability or a healthy lifestyle surrounding it. This life is behind me now and has nothing to do with my present situation and long term future. I have spent my time before sentencing and while under supervision having a good salaried position in a burgeoning industry. I now have ownership in several companies that will provide for myself and my family for the rest of my life. I am very much a changed man and different person than I was before. The past 6+ years have presented many challenges, but I know I have a long, fruitful life in front of me. I now have the ability to help others, create careers for many, and hopefully even help reverse some of the climate change we are experiencing through supporting sustainable agriculture. In 2022 I am now working to set standards through a certification process for commodities that will regulate and certify emerging crops that can be used for many uses including building materials, textiles, proteins, medicine, plastics, and more. It is a monumental opportunity for which I am grateful. I will always remember these past 6 plus years with humility as I have had to completely face my insecurities and wrongdoings in almost every facet of my life. And for this, once again, I am thankful.

I know now that I will be held accountable for my actions on a different level than others for the rest of my life. As a "convicted felon" with a "record" I face challenges that will always require more discipline and an ability to prove my worthiness in all situations. I also know that this mistake has given me a chance for a better life that will define me in a different light as I continually work to be a positive influence in all my relationships. The last step for closing this humbling chapter of my life is to ask for my termination of supervised release upon the date of my eligibility based on the court's rules. More flexibility for travel will benefit me in my work and allow for more visits with my family.

With honest humility and respect, Your Honor, I ask for this release.

Sincerely,

Adrian Zelski





