**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00270-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    ADRIAN ZELSKI

    Defendant.

---

**ENTRY OF APPEARANCE AS COUNSEL
FOR THE GOVERNMENT**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 1st day of November, 2022.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By:    *s/Albert Buchman*
    ALBERT BUCHMAN
    Assistant U.S. Attorney
    1801 California St., Suite 1600
    Denver, CO  80202
    Telephone: (303) 454-0100
    E-mail: al.buchman@usdoj.gov
    Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system and a copy was placed in the U.S. Mail, postage prepaid, addressed to the following:

Adrian Zelski
4095 19th Street
Boulder, CO 80304
PRO SE

*s/Lauren Timm*
Lauren Timm
Legal Assistant