IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00270-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADRIAN ZELSKI,

    Defendant.

_____

**RESPONSE TO REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE**
_____

    The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, respectfully files this Response to the defendant Adrian Zelski's "Letter: re: Early Termination of Supervised Release," ECF No. 2.

    To date, the defendant has served almost 27 months of his 36-month term, which began on August 7, 2020. *See* ECF No. 1. The government has conferred with United States Probation Officer Woodiel and is satisfied that the defendant has taken his supervision obligations seriously, having complied in full to date. The government also notes that the defendant's efforts at his own rehabilitation appear to have begun before the sentence was imposed. *See United States v. Zelski*, District of Oregon Case No. 17-cr-00403-MO, ECF 43, p. 3 (the government noted the defendant's remorse and actions to avoid future criminal activity).

Accordingly, the government has no objection to early termination pursuant to 18 U.S.C. § 3583(e)(1).

DATED this 2nd day of November, 2022.

>COLE FINEGAN
>United States Attorney
>
>*s/ Albert Buchman*
>ALBERT BUCHMAN
>Assistant United States Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>Telecopier: (303) 454-0403
>E-mail: Al.buchman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
U.S Attorney's Office