IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-270-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     ADRIAN ZELSKI,

       Defendant.

---

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

---

This matter comes before the Court on the Defendant's Letter re: Request for Early Termination of Supervised Release (ECF No. 2). The Government and the Probation Office have filed responses stating they have no objection to early termination. The Court, having reviewed the Motion, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

The Defendant's Motion is GRANTED for good cause shown. The Defendant shall be immediately discharged from Supervised Release and the proceedings in this matter shall be TERMINATED.

Dated this 15th day of November, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge